381 A.2d 891

Commonwealth v. Bailey, Appellant.

Argued September 16, 1977. David Weinstein, with him Weinstein, Goss & Katzenstein, for appellant; William E. Nugent, Assistant District Attorney,

with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.